USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2284  UNITED STATES, Appellee, v. MARK WHITE, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges.  ______________ ____________________ David H. Bownes on brief for appellant. _______________ Paul M. Gagnon, United States Attorney, and Jean B. Weld, ________________ ______________ Assistant United States Attorney, on Motion for Dismissal or Summary Affirmance for appellee. ____________________ May 12, 1997 ____________________ Per Curiam. Defendant appeals from his conviction and __________ sentence on the sole ground that the disparate penalties for crack and powder cocaine violate the Equal Protection Clause of the United States Constitution. We already have rejected the substance of defendant's argument. See United States v. ___ _____________ Andrade, 94 F.3d 9, 14-15 (1st Cir. 1996); United States v. _______ ______________ Singleterry, 29 F.3d 733, 739-41 (1st Cir.), cert. denied, ___________ ____________ 115 S.Ct. 647 (1994). And we decline defendant's suggestion that we should revisit and depart from that precedent. We note that the Supreme Court has denied certiorari in cases from other circuits raising the same or similar issues. See, ___ e.g., United States v. Teague, 93 F.3d 81, 85 (2d Cir. 1996), ____ _____________ ______ cert. denied, 117 S.Ct. 708 (1997); United States v. Burgos, ____________ _____________ ______ 94 F.3d 849, 877 (4th Cir. 1996), cert. denied, ______________ 117 S.Ct. 1087 (1997); United States v. Edwards, 98 F.3d _____________ _______ 1364, 1368 (D.C. Cir. 1996), cert. denied, 1997 WL 134423 _____________ (April 14, 1997). The government's request that we treat its motion for summary disposition as a brief is granted; the motion for _______ summary disposition is granted as well. _______ Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-